BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>HIPOLITO VENEGAS,<br><br>   Defendant. | CASE NO.: 1:13-CR-00069 LJO<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER<br><br>To:      April 1, 2013<br>TIME:    8:30 am<br>JUDGE:   Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Megan A. S. Richards, Counsel for Plaintiff, and Jerome Price, Counsel for Defendant Hipolito Venegas, that the status conference currently set for April 1 at 1:00 p.m. before Magistrate Judge Sheila K. Oberto, may be rescheduled to April 1 at 8:30 a.m. for a change of plea hearing before Hon. Lawrence J. O'Neill.

   The parties have entered into a plea agreement and have agreed to

//

set the matter for a change of plea April 1, 2013.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 27, 2013      By:     /s/ Megan A. S. Richards
                                   MEGAN A. S. RICHARDS
                                   Special Assistant U.S. Attorney


Dated: March 27, 2013      By:     /s/Jerome Price
                                   JEROME PRICE
                                   Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:  **March 28, 2013**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

- 2 -STIPULATION TO CONTINUE STATUS CONFERENCE
                           AND ORDER THEREON