**FILED**

JUN 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. Arellano___
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                )<br>        Plaintiff,              )<br>                                )<br>    vs.                         )<br>                                )<br>HIPOLITO VENEGAS,               )<br>                                )<br>        Defendant.              )<br>_____) | No: ~~1:10-CR-00217~~<br>1:13-cr-00069 LJO-SKO<br>ORDER OF RELEASE |

The above named defendant having been sentenced on June 24, 2013, to a period of 4 months with credit for time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: 6/25/13

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1